# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CURTIS M. CLAYTON  
       123 W. MAIN STREET        SSN-xxx-xx-0972  
       AMBOY, IL  61310  

Case Number: 06-70634

Case filed on: 4/14/2006  
Plan Confirmed on: 6/23/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,096.23      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 2,975.00 | 2,975.00 | 2,444.15 | 0.00 |
|  | Total Legal | 2,975.00 | 2,975.00 | 2,444.15 | 0.00 |
| 999 | CURTIS M. CLAYTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FRANKLIN CREDIT MANAGEMENT CORP | 1,585.00 | 1,585.00 | 607.84 | 0.00 |
| 002 | SELECT PORTFOLIO SERVICING INC | 10,630.78 | 1,782.83 | 1,782.83 | 0.00 |
|  | Total Secured | 12,215.78 | 3,367.83 | 2,390.67 | 0.00 |
| 003 | CAPITAL ONE | 458.66 | 458.66 | 0.00 | 0.00 |
| 004 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 154.02 | 154.02 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 218.46 | 218.46 | 0.00 | 0.00 |
|  | Total Unsecured | 831.14 | 831.14 | 0.00 | 0.00 |
|  | Grand Total: | 16,021.92 | 7,173.97 | 4,834.82 | 0.00 |

Total Paid Claimant:      $4,834.82  
Trustee Allowance:      $261.41  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

       /s/ Lydia S. Meyer  
       Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/01/2007</u>      By <u>/s/Heather M. Fagan</u>